IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02166-LTB-MJW

KENNETH L. ALLEN and
FABIOLA S. ALLEN,

    Plaintiffs/Counter Defendants,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant/Counter Claimant.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE STATUS CONFERENCE**
( Docket No. 16 )

---

    THE COURT, having reviewed the Unopposed Motion to Vacate Status Conference, filed by Defendant Allstate Indemnity Company ("Allstate") in this matter, and being fully advised,

    HEREBY ORDERS that Allstate's Motion is GRANTED. The Status Conference currently scheduled for April 17, 2007, is VACATED. A Status Conference shall be held before United States Magistrate Judge Michael J. Watanabe on June 21, 2007 at 9:00 a.m.

    DONE AND ENTERED this 12th day of April, 2007.

                  BY THE COURT:

                  _____
                  ~~District Court Judge~~

488681v.1