**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  06-cv-02166-LTB-MJW

KENNETH L. ALLEN,
FABIOLA S. ALLEN,

      Plaintiffs/Counterclaim Defendants,

v.

ALLSTATE INDEMNITY COMPANY,

      Defendant/Counterclaimant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court, being fully advised, hereby ORDERS that this action and all claims asserted herein are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The parties shall bear their own costs and attorney's fees.

ORDERED this  17th  day of   October  , 2007.

                                                    s/Lewis T. Babcock
                                                 UNITED STATES DISTRICT JUDGE